# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE JANZEN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  15-5398 |
| | : | |
| **WAL-MART STORES EAST, LP, et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of January, 2017, in accordance with this court's order dated April 19, 2016, it is hereby **ORDERED** that this case is **CLOSED.**

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL,  J.